1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,         ) CASE NO. 13-00691 DLJ
14                                   )
       Plaintiff,                    ) STIPULATION AND [] ORDER
15                                   ) REQUESTING AN INITIAL APPEARANCE DATE
       v.                            )
16                                   ) Date: December 5, 2013
   FRANCISCO PEREZ,                  ) Time: 9:00 a.m.
17                                   )
       Defendant.                    )
18                                   )
                                     )
19  _____)

20     The undersigned parties respectfully request that the Court schedule an initial appearance in the

21  above-captioned case for December 5, 2013 at 9:00 a.m.  On October 29, 2013, the defendant made an

22  initial appearance in the Western District of New York, was released on a $10,000 unsecured bond, and

23  ordered to appear in the Northern District of California on December 5, 2013.

24  SO STIPULATED:                        MELINDA HAAG
                                          United States Attorney
25
    DATED: 11/21/13
26                                        _____/s/_____
                                          SUSAN KNIGHT
27                                        Assistant United States Attorney

28


   STIPULATION AND [] ORDER

1  DATED: 11/21/13

2                                                   /s/
                                 JERRY A. FONG
                                 Counsel for Mr. Perez

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that an initial appearance in *United States v. Francisco Perez* be scheduled on December 5, 2013 at 9:00 a.m.

SO ORDERED.

DATED:_____

                                 D. LOWELL JENSEN
                                 United States District Judge

STIPULATION AND [] ORDER