1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney

5

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113

7       Telephone: (408) 535-5056
        FAX: (408) 535-5066

8       Susan.Knight@usdoj.gov

9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          )  CASE NO. 13-00691  DLJ
14                                     )
              Plaintiff,               )  STIPULATION AND [] ORDER
15                                     )  CONTINUING THE INITIAL APPEARANCE
       v.                              )  DATE
16                                     )
   FRANCISCO PEREZ,                    )
17                                     )
              Defendant.               )
18                                     )
                                       )
19  _____)

20       The undersigned parties respectfully request that the Court continue the scheduled initial appearance

21  for December 5, 2013 be continued to January 9, 2014 at 9:00 a.m.  The undersigned parties initially

22  believed that the December 5th hearing would be continued due to the Court's lengthy calendar, and

23  therefore, the defendant did not travel from New York, where he resides, to the Northern District of

24  California. In order to accommodate the defendant's need to travel, the parties request that the initial

25  appearance be continued to January 9, 2014.

26  //

27  //

28  //

STIPULATION AND [] ORDER

1   SO STIPULATED:                          MELINDA HAAG
                                            United States Attorney
2
    DATED: 12/4/13
3                                           _____/s/_____
                                            SUSAN KNIGHT
4                                           Assistant United States Attorney

5

6   DATED: 12/4/13
                                            _____/s/_____
7                                           JERRY A. FONG
                                            Counsel for Mr. Perez
8

9                                      ORDER

10      Accordingly, for good cause shown, the Court HEREBY ORDERS that an initial appearance in

11  *United States v. Francisco Perez* be continued from December 5, 2013 to January 9, 2014 at 9:00 a.m.

12  SO ORDERED.

13

14  DATED:_____

15                                          _____
                                            D. LOWELL JENSEN
16                                          United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER