JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET; SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for   Defendant FRANCISCO PEREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFONRIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   CR 13-00691 DLJ |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO REQUEST, JOINTLY, A CONTINUANCE OF THE STATUS CONFERENCE AND |
| FRANCISCO PEREZ, ) | [] ORDER RE SAME. |
| Defendant. ) | |

    Defendant Francisco Perez and Plaintiff United States of America hereby jointly stipulate to request that the Court continue the status conference in this case, from the scheduled date of March 13, 2014, to April 24, 2014, at 9:00 a.m.  This request is made because Defendant Perez's counsel, Attorney Jerry Fong, is currently in an on-going several-week-long, multiple-defendant, preliminary hearing in a first degree murder case (in Santa Clara County Superior Court).  The preliminary hearing will continue throughout the week of March 10, 2014, with the possibility of extending into Thursday, March 13, 2014, thereby conflicting with the status conference in this case.  Because Mr. Perez would need to travel from Buffalo, New York, to attend the hearing, his counsel wishes to avoid a situation in which his counsel's on-going preliminary hearing obligation would cause the last-minute continuance of the status conference in this case.  Accordingly, the parties are stipulating to

1  request that the Court grant the requested continuance, from March 13, 2014, to April 24,
2  2014, at 9:00 a.m.

3  Furthermore, the parties jointly request that the Court make a finding, pursuant to 18
4  USC §3161 (h)(7)(B)(iv), to exclude the time from March 13, 2014, to April 24, 2014, in
5  computing the time for the application of the Speedy Trial Act, in order to maintain the
6  continuity of counsel for the defense and that the Court finds that the ends of justice served
7  by the time exclusion outweigh the interest of the public to a speedy trial.  It is so stipulated.

8

9  DATED:     March 7, 2014                    /S/
                                              by JERRY FONG, Attorney for Defendant
10                                             FRANCISCO PEREZ

11

12 DATED:     March 7, 2014                    /S/
                                              by SUSAN KNIGHT, Assistant United
13                                             States Attorney for the Plaintiff

14

15                          [] ORDER

16  Pursuant to the parties' stipulation, and good cause appearing herein, it is hereby
17  ordered that the Status Conference currently scheduled on March 13, 2014, shall be
18  continued to April 24, 2014, at 9:00 a.m.

19  Furthermore, the Court orders that, pursuant to 18 USC §3161 (h)(7)(B)(iv), the time
20  period between March 13, 2014 and April 24, 2014, shall be excluded for purpose of
21  computing time for the application of the Speed Trial Act, and the Court finds that the
22  continuance and excluded time are necessary to maintain the continuity of counsel and that
23  the ends of justice served by the time exclusion outweigh the interest of the public to a
24  speedy trial.  It is so ordered.

25

26  DATED:   _____
27                                             JUDGE OF THE UNITED STATES
                                              DISTRICT COURT
28