JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET; SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for   Defendant FRANCISCO PEREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFONRIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.   CR 13-00691 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO REQUEST, JOINTLY, A CONTINUANCE OF THE STATUS CONFERENCE AND CORRESPONDING EXCLUSION OF TIME WITH THE [] ORDER FOR SAME. |
| vs. | ) | |
| FRANCISCO PEREZ, | ) | |
| Defendant. | ) | |

Defendant Francisco Perez and Plaintiff United States of America hereby jointly stipulate to request that the Court continue the status conference in this case, from the scheduled date of July 24, 2014, to August 28, 2014, at 9:00 a.m.  This request is made because Plaintiff's counsel, Assistant US Attorney Susan Knight, is recovering from surgery and the parties' attorneys have not had an opportunity to meet and confer over settlement and discovery issues.   This is a complex financial transaction case, involving many bank and eBay/Pay Pal transaction records.   The parties have diligently been working to review and analyze the voluminous records, on an on-going basis.

For these reasons, the parties jointly request that the Court grant a continuance of the July 24, 2014 status conference, to August 28, 2014, at 9:00 a.m.   The parties also request that the Court make a finding, pursuant to 18 USC §3161 (h)(7)(B)(iv),  to exclude the time

from March 13, 2014, to April 24, 2014, in computing the time for the application of the Speedy Trial Act, in order to maintain the continuity of counsel and to reasonably prepare for the defense of this case, and that the Court finds that the ends of justice served by the time exclusion outweigh the interest of the public to a speedy trial.

In addition, because Mr. Perez lives in/around Buffalo, New York, it would impose a financial hardship for him to miss several days of work and to incur the expense to travel to and from San Jose for the status conference.  The parties anticipate that this matter is not yet ready for trial setting or dispositive motions setting.  Accordingly, the defense requests that Mr. Perez be excused from attending the status conference on August 28, 2014.

It is so stipulated.

DATED:     July 15, 2014                    /S/
                                            by JERRY FONG, Attorney for Defendant
                                            FRANCISCO PEREZ


DATED:     July 15, 2014                    /S/
                                            by SUSAN KNIGHT, Assistant United
                                            States Attorney for the Plaintiff


## [] ORDER

Pursuant to the parties' stipulation, and good cause appearing herein, it is hereby ordered that the Status Conference currently scheduled on July 24, 2014, shall be continued to August 28, 2014, at 9:00 a.m.   Defendant Francisco Perez is excused from personally appearing at this status conference on August 28, 2014.

Furthermore, the Court orders that, pursuant to 18 USC §3161 (h)(7)(B)(iv), the time period between July 24, 2014 and August 28, 2014, shall be excluded for purpose of computing time for the application of the Speed Trial Act, and the Court finds that the

1  continuance and excluded time are necessary to maintain the continuity of counsel and to
2  reasonably prepare for the defense of this case,  and that the ends of justice served by the
3  time exclusion outweigh the interest of the public to a speedy trial.  It is so ordered.

DATED: _____          _____
                                           JUDGE OF THE UNITED STATES
                                           DISTRICT COURT